UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DONNA HOPF, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-01995-JPH-TAB |
| | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Plaintiff filed her complaint in this Court on November 12, 2024, alleging that the Court has diversity jurisdiction. Dkt. 1 at 2. Federal Rule of Civil Procedure 7.1 therefore requires each party to file a "disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court" that "name[s]—and identif[ies] the citizenship of—every individual or entity whose citizenship is attributed to that party." *See* dkt. 4.

Neither party has complied with that requirement. The Court therefore **ORDERS** Plaintiff and Defendant to comply with Federal Rule of Civil Procedure 7.1 **by December 20, 2024**.

**SO ORDERED.**

Date: 12/10/2024

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All electronically registered counsel

1